El Pueblo, Demandante y Apelado, *v.* Ramírez et al., Acusados y Apelantes.

Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por acometimiento y agresión con circunstancias agravantes.

No. 854.—Resuelto en enero 25, 1916.

Acometimiento y Agresión—Acusación Suficiente—Imputación de los Hechos.—No necesita mayor especificación una acusación que claramente ex-

presa que. el acometimiento y agresión consistió en que los acusados lanzaron piedras contra el agredido y le pegaron con las manos, ya que al imputar a todos, imputa a cada uno de ellos la comisión de los hechos.

ACUSACIÓN—MISDEMEANOR—JUICIO—CORTE DE DISTRITO—CORTE MUNICIPAL—DERECHO SUSTANCIAL.—El que una acusación por un delito de *misdemeanor* sea presentada en el tribunal de distrito sin dar oportunidad al acusado para ser juzgado originariamente en el tribunal municipal, no le priva de ningún derecho sustancial.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—PERSONA ROBUSTA—FUERZAS CORPORALES—ANCIANOS.—El hecho de que algunos de los acusados de haber acometido y agredido a un anciano siendo personas robustas y de fuerzas corporales, fueran personas débiles y enfermas, no puede servir de base para que no se aprecie esa circunstancia agravante en cuanto a los demás acusados que no se hallaban en ese estado corporal.

CALIFICACIÓN DE LOS HECHOS—TRIBUNALES—JUICIO DE LOS HECHOS FORMADO POR LOS TESTIGOS.—Los tribunales no tiene que calificar los hechos por el juicio que de ellos formen los testigos, sino de acuerdo con la ley.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Manuel Benítez Florés.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tribunal.

Presentada acusación en el Tribunal de Distrito de San Juan, Sección 2ª. contra varias personas por el delito de acometimiento y agresión grave porque, siendo personas robustas y de fuerzas corporales, acometieron y agredieron al anciano Tomás Rosado tirándole con piedras y dándole con las manos, fueron condenados los tres apelantes Rafael Ramírez, Teodomiro Ramírez y Manuel Ramírez.

Como primer señalamiento de error se alega el de haber declarado sin lugar el tribunal inferior la excepción perentoria formulada contra la acusación por no especificar detalladamente en qué consistió el acometimiento y agresión ni la relación de cada uno de los acusados con el supuesto perjudicado.

La acusación claramente expresa que el acometimiento y agresión consistió en que los acusados lanzaron piedras contra Tomás Rosado y le pegaron con las manos y, por consiguiente, al imputar a todos, imputa a cada uno de ellos la

comisión de esos hechos, no siendo, por tanto, necesaria mayor especificación.

También alegan como error que la acusación se presentó en el tribunal de distrito sin darles oportunidad para ser juzgados primeramente en el tribunal municipal. Esta cuestión fué estudiada detenidamente y resuelta en contra de la proposición en el caso de *El Pueblo* v. *Adorno*, 17 D. P. R. 1102 y citado en otros posteriores.

El tercer motivo de error se funda en que no quedó probado que todos los acusados eran personas robustas y de fuerzas corporales pues existían personas delicadas y enfermas como Manuel Silva, que murió poco después y el niño José Maldonado.

Ninguna de estas dos personas fué condenada, y, por consiguiente, el que ellas dos no fueran robustas y de fuerzas corporales no puede servir de base para que no se aprecie esa agravante en cuanto a las tres personas que fueron condenadas y que son apelantes, que no se hallaban en el estado corporal de aquellas dos.

Los motivos cuarto y quinto del recurso son que no existió acometimiento y agresión sino el delito de turbar la paz, porque los testigos manifiestan que hubo un tumulto. Nos bastará decir que los tribunales no tienen que calificar los hechos por el juicio que de ellos formen los testigos sino de acuerdo con la ley, y como la prueba demostró que los apelantes verificaron actos de acometimiento y agresión contra el anciano Tomás Rosado, no cometió el tribunal los errores que se le atribuyen.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.